UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at WINCHESTER

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | No. 4:06-CR-04 |
| v. | ) | |
| | ) | Judge Curtis L. Collier |
| ERIC ANDERSON, | ) | |
| Defendant. | ) | |

**O R D E R**

Defendant Eric Anderson ("Defendant") has filed a "Motion for Change of Trial Venue" (Court File No. 122) requesting the Court hold the trial in this case in Winchester, Tennessee, rather than in Chattanooga, Tennessee. At this early point in the case, the Court is not prepared to decide whether to conduct any trial in this case in the Chattanooga or Winchester Division. The Court may well decide to try the case in the Winchester Division at a later date. However, at this time, the Court must **DENY** the motion (Court File No. 122). By denying the motion, the Court is not indicating the case will remain in the Chattanooga Division. Should the Court decide to try the case in the Winchester Division, the Court will notify the parties. No additional motions are necessary.

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**